**W. T. RAWLEIGH COMPANY, Movant, v. J. H. WARNER'S ADMINISTRATOR (CLARK COUNTY NATIONAL BANK), Opposed.**

Court of Appeals of Kentucky.

(Decided Nov. 1, 1938.)

MARCUS C. REDWINE for movant.

HARVEY T. LISLE and JAMES F. WINN, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.

**BOARD OF EDUCATION OF HOPKINSVILLE, KENTUCKY, Appellant, v. DOVIE PATTON, Appellee.**

Court of Appeals of Kentucky.

(Decided Nov. 29, 1938.)

H. W. LINTON for the motion.

TRIMBLE & TRIMBLE and WHITE & CLARK, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.